```
1  GOLDSMITH & BURNS
   ATTORNEY FOR THE PLAINTIFF
2     18425 BURBANK BLVD., SUITE 708
      TARZANA, CA  91356
3     818-708-2585
   Attorneys for the Plaintiff
4
                  UNITED STATES DISTRICT COURT
5                 CENTRAL DISTRICT OF CALIFORNIA

6  UNITED STATES OF AMERICA,        COURT NO: 93 A 30085
                 Plaintiff,
7
          v.
8                                   DEFAULT JUDGMENT
   VERREL REED
9
                 Defendant(s).
10 _____/

11     In the above-entitled action, an affidavit on behalf of the
12 plaintiff satisfying the requirements of Rule 55 having been filed;
13     IT IS ADJUDGED that the United States of America, plaintiff,
14 do have and recover of and from VERREL REED
15
16 the sum of $2,676.92 as principal, $2,034.13 as accrued prejudgment
17 interest, $140.00 administrative charges, and $20.00 costs,
18 plus $470.00 attorney fees for a total amount of $4,871.05,
19 plus interest from MARCH 26, 1993 at the rate of $.66
20 per day to date of entry of judgment.
21     Judgment to accrue interest at the legal rate until paid.
22 DATED: APR - 1 1993

23                                  LEONARD A. BROSNAN, CLERK
                                    U.S. District Court
24                                  Central District of California

25                                            R. L. BYER
                                    By: _____
26                                       Deputy Clerk
```

FILED
CLERK, U.S. DISTRICT COURT
APR - 1 1993
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
APR - 1 1993
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY